Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LANGARCIA, | ) |
| | ) CASE NO.: CV 14-9042 CJC (MRW) |
| Plaintiff, | ) |
| | ) |
| v. | |
| | ) ORDER AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting, | ) |
| Commissioner of Social Security, | |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the terms of the stipulation.

DATED:  September 3, 2015

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE